**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARK CRUMPACKER**, Plaintiff, v. **CAROLINE CIRAOLO-KLEPPER, et al.**, Defendants. | Civil Action No. 16-cv-1053 (TSC) |

## NOTICE TO *PRO SE* PLAINTIFF

Plaintiffs, in civil actions, who proceed *pro se* (i.e., without an attorney) have a responsibility to comply with this court's Local Civil Rules,[1] as well as the Federal Rules of Civil Procedure, including Rule 4 which requires service upon each defendant within 90 days after filing the complaint. *See* Fed. R. Civ. P. 4. Inasmuch as Plaintiff has brought this action against a federal governmental entity and/or federal governmental officials, Plaintiff is hereby reminded of his obligation to serve a copy of the summons and complaint in a manner that complies with Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff's failure to comply with these rules may result in dismissal of this action. *See* Fed. R. Civ. P. 4(m).

[1] http://www.dcd.uscourts.gov/sites/dcd/files/local_rules/LocalRulesApril2016.pdf

A copy of the court's "Pro Se Non-Prisoner Handbook," can be found on the court's website.[2] This document provides important information you will need to know as a *pro se* plaintiff.

Plaintiff is also reminded that any notifications or pleadings must be filed electronically or delivered via mail or in person directly to the Clerk of the Court at the following address: U.S. District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001. The telephone number for the Clerk's Office is: 202-354-3080. Additionally, any notifications or pleadings must contain the name of the case and case number: *Crumpacker v. Ciraolo-Klepper*, 16-cv-1053-TSC.

**Failure to adhere to the court's Local Rules, the Federal Rules of Civil Procedure, or any orders of this court can result in dismissal of this action.**

The Clerk of the Court shall mail a copy of this order to:

**MARK CRUMPACKER**
14933 Daffodil Avenue
Canyon Country, CA 91387

Date: June 13, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

[2] http://www.dcd.uscourts.gov/sites/dcd/files/ProSeNON-PRISONERManual.pdf